UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10323-GAO

OSCAR REYES,
Petitioner,

v.

PETER PEPE,
Respondent.

OPINION AND ORDER
October 17, 2014

O'TOOLE, D.J.

On September 26, 2014 this Court denied the petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court finds that no certificate of appealability will issue, as the petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge